**John A. Todd, appellee, v. Chicago Railways Company, appellant. Gen. No. 25,708.**

Action to recover for personal injury to passenger on a street car.  Judgment for plaintiff.  Appeal from the Superior .Court of Cook county; the Hon. C. F. Irwin, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1919.  Affirmed.  Opinion filed January 28, 1921.

Thomas J. Symmes and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel.  Timothy J. Fell, for appellee; Herman P. Haase, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Anton Cermak, bailiff of municipal court of Chicago, for use of George K. Spoor, plaintiff in error, v. Rudolph Wurlitzer Company and United States Fidelity & Guaranty Company, defendants in error.  Gen. No. 25,801.**

Action on a replevin bond.  Judgment for defendants.  Error to the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Affirmed.  Opinion filed January 28, 1921.

William A. Jennings, for plaintiff in error.  Adler, Lederer & Beck, for defendants in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Thomas F. Anderson, defendant in error, v. Morris Zimbroff and H. W. Norris, plaintiffs in error.  Gen. No. 25,817.**

Action on a check.  Judgment for plaintiff.  Error to the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Affirmed.  Opinion filed January 28, 1921.  Rehearing denied February 9, 1921.  *Certiorari* denied by Supreme Court (making opinion final).

James Hartnett, for plaintiffs in error.  Fayette S. Munro and Sidney N. Ware, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Commercial Sash & Door Company, plaintiff in error, v. W. S. Holabird, Jr., defendant in error.  Gen. No. 25,855.**

Action to recover balance of purchase price of goods ordered and delivered.  Judgment for defendant.  Error to the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Reversed and judgment here for $43 and costs.  Opinion filed January 28, 1921.

Robert W. Dunn, for plaintiff in error.  No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.